# GARY TSIRELMAN, P.C.
ATTORNEYS AND COUNSELORS AT LAW

Gary TSIRELMAN M.D., Esq.

Julia PASKALOVA, Esq.+
Massimiliano VALERIO, Esq.*

* *Also Admitted in Italy*
+ *Also Admitted in New Jersey*

65 JAY STREET, THIRD FLOOR
BROOKLYN, NEW YORK 11201
TELEPHONE: (718) 438-1200; (917) 903 8392
FACSIMILE: (718) 438-8883
E-MAIL: jpaskaloff@gtmdjd.com



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 0 6 2010 ★

BROOKLYN OFFICE

October 1, 2010

**VIA ECF**

Senior Judge Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Request for Protective Order/to Remove Exhibits from ECF**
**Filed as Document No. 28,**
Tsirelman, M.D. v Daines, M.D. et al, Index No. 10-cv-0903

Dear Senior Judge Weinstein:

The undersigned is counsel to the Plaintiff in the aforesaid action. The undersigned respectfully requests that the Court issue protective order/remove exhibits filed as Document No. 28 for the following reasons:
1) It contains private and personal information about Plaintiff and third parties;
2) If the exhibits remain accessible to general public, they will be used to attack Plaintiff professionally and personally as an attorney in the cases he handles. Such attacks will be destructive to our law practice and to the unsuspecting clients.

Counsel for the defendants was consulted and she does not oppose this request.

Respectfully,
/s/
Julia Paskalova, JP0950
Gary Tsirelman P.C.
65 Jay Street
Brooklyn NY 11201
718 438 1200
jpaskaloff@gtmdjd.com

